IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRUCE WILLIAMS,

    Plaintiff,

v.

STATE OF WISCONSIN, et al.,

    Defendants.

ORDER

Case No. 24-cv-928-jdp

Plaintiff Bruce Williams, a patient at Sand Ridge Secure Treatment Center in Mauston, Wisconsin, has filed a proposed civil action under 42 U.S.C. § 1983 alleging constitutional rights violations. Plaintiff requests leave to proceed without prepaying the filing fee.

This court uses one method to determine the indigency status of all institutionalized persons, even those like plaintiff who are not subject to the Prison Litigation Reform Act. This method requires plaintiff to submit a certified copy of a resident account statement for the *entire* six-month period immediately preceding the filing of the complaint.

A certified copy of a resident account statement for the six-month period preceding the complaint must be provided if plaintiff intends to pursue a request to proceed without prepaying the filing fee. Because plaintiff's complaint was submitted on December 30, 2024, the account statement should cover the period beginning approximately June 30, 2024 and ending approximately December 30, 2024. If plaintiff fails to submit an account statement by January 21, 2025, then I will assume that plaintiff wishes to withdraw this action voluntarily.

ORDER

IT IS ORDERED that plaintiff Bruce Williams may have until January 21, 2025 to submit a certified copy of a resident account statement for the period beginning approximately June 30, 2024 and ending approximately December 30, 2024. If plaintiff fails to respond to this order by January 21, 2025, then I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be dismissed without prejudice to plaintiff refiling at a later date.

Entered this 30th day of December, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge